# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDDIE HAROLD BILLINGS, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:12-cv-1196-TWP-TAB |
| ) | |
| FBI DEPARTMENT DIVISION, ) | |
| ) | |
| Defendants. ) | |

## Entry Directing Further Proceedings

"'A complaint must always . . . allege "enough facts to state a claim to relief that is plausible on its face."' *Limestone Development Corp. v. Village of Lemont, Ill.*, 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

The plaintiff shall have **through September 12, 2012**, in which to set forth a plausible claim against the defendant. This supplement shall identify the date on which the incident described in the complaint occurred and shall explain why the defendant agency is not entitled to the United States' sovereign immunity under the circumstances which are alleged.

**IT IS SO ORDERED.**

Date: 08/24/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Eddie Harold Billings, Jr.
403 N. Rural Street
Indianapolis, IN 46201