# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDDIE HAROLD BILLINGS, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-1196-TWP-TAB |
| | ) | |
| FBI DEPARTMENT DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## Entry and Order Dismissing Action

### I.

In a case such as this, where the plaintiff has been granted leave to proceed in *forma pauperis.*, the court is authorized to dismiss an action in which the complaint fails to state a claim upon which relief can be granted. 28 U.S.C. ' 1915(e)(2)(B). A complaint falls within this category if it "alleg[es] facts that show there is no viable claim."® *Pugh v. Tribune Co.*, 521 F.3d 686, 699 (7th. Cir. 2008).

"Absent a waiver, sovereign immunity shields the federal government and its agencies from suit."[1]  This explains why the present action, in which an agency of the federal government is named as the defendant, must be dismissed.

### II.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:  09/14/2012
_____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

---

[1] *FDIC v. Meyer*, 510 U.S. 471, 475 (1994); *see also Lewis v. United States*, 492 F.3d 565, 572 (5th Cir. 2007)("In order to hale the federal government into a court proceeding, a plaintiff must show that there has been a valid waiver of sovereign immunity.").

**Distribution:**

**Eddie Harold Billings, Jr.**
**403 N. Rural Street**
**Indianapolis, IN 46201**